McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18−CV−00812−KJM−CKD |
| Plaintiff, | |
| v. | *AMENDED* STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER |
| REAL PROPERTY LOCATED 2205 MEADOWVIEW ROAD, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 048-0197-004-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED 1701 NEIHART AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 052-0122-062-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED 4036 SEA FOREST WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 119-0430-014-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED 4400 BLACKFORD WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 119-0300-087-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |

1

| | |
|---|---|
| REAL PROPERTY LOCATED 4525 CEDARWOOD WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 050-0441-015-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, <br><br> REAL PROPERTY LOCATED 5755 TWISTING TRAILS ROAD, GARDEN VALLEY, CALIFORNIA, EL DORADO COUNTY, APN: 084-011-12-100, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, <br><br> REAL PROPERTY LOCATED 6501 14TH STREET, RIO LINDA, CALIFORNIA, SACRAMENTO COUNTY, APN: 207-0230-004-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and <br><br> REAL PROPERTY LOCATED 2429 YREKA AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 041-0051-011-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, <br><br> Defendants. | |

The United States and Claimants Xue Qin Chen, Jianlin Liu, Pei Jun Chen, Phuc X. San, Zhen Nan Chi, Cai Xia Chen, Wenfeng Huang, Ya Cao, LC Equity Group, Inc., Frontier Capital Group, Ltd, Jen Huey Li, Vark Investments LLC, Gaukroger Enterprises Real Estate & Investment Co. Ltd., and Northern California Mortgage Fund XI, LLC hereby stipulate that a stay is necessary in the above-entitled action and request that the Court enter an order staying all further proceedings until the resolution of the related criminal cases, United States v. Leonard Yang, et al., Case 2:16-CR-00189-KJM and United States v. Xiu Ping Li, et al., Case No. 2:17-CR-00136-KJM.

1. This is a forfeiture *in rem* action against eight properties pursuant to 21 U.S.C. § 881(a)(7) because they were allegedly used to commit or facilitate violations of federal drug laws:

    a. Real Property located at 2205 Meadowview Road, Sacramento, California, the "*Defendant Meadowview Road*." Xue Qin Chen has filed a claim asserting an ownership interest in defendant Meadowview Road.

    b. Real Property located at 1701 Neihart Avenue, Sacramento, California, the

"*Defendant Neihart Avenue.*" Jianlin Liu filed a claim asserting an ownership interest in defendant Neihart Avenue.

  c. Real Property located at 4036 Sea Forest Way, Sacramento, California, the "*Defendant Sea Forest Way.*" Pei Jun Chen has filed a claim asserting an ownership interest in defendant Sea Forest Way. LC Equity Group LLC filed a claim asserting a lienholder interest in defendant Sea Forest Way.

  d. Real Property located at 4400 Blackford Way, Sacramento, California, the "*Defendant Blackford Way.*" Phuc X. San has filed a claim asserting an ownership interest in defendant Blackford Way. Frontier Capital Group, Ltd. filed a claim asserting a lienholder interest in defendant Blackford Way.

  e. Real Property located at 4525 Cedarwood Way, Sacramento, California, the "*Defendant Cedarwood Way.*" Zhen Nan Chi has filed a claim asserting an ownership interest in defendant Cedarwood Way. Jen Huey Li filed a claim asserting a lienholder interest in defendant Cedarwood Way.

  f. Real Property located at 5755 Twisting Trails Road, Garden Valley, California, the "*Defendant Twisting Trails Road.*" Cai Xia Chen has filed a claim asserting an ownership interest in defendant Twisting Trails Road. Vark Investments LLC filed a claim asserting a lienholder interest in defendant Twisting Trails Road.

  g. Real Property located at 14th Street, Rio Linda, California, the "*Defendant 14th Street.*" Wenfeng Huang has filed a claim asserting an ownership interest in defendant 14th Street. Gaukroger Enterprises Real Estate & Investment Co. Ltd. filed a claim asserting a lienholder interest in defendant 14th Street.

  h. Real Property located at 2429 Yreka Avenue, Sacramento, California, the "*Defendant Yreka Avenue.*" Ya Cao has filed a claim asserting an ownership interest in defendant Yreka Avenue. Northern California Mortgage Fund XI, LLC filed a claim asserting a lienholder interest in defendant Yreka Avenue.

  2. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i). The United States contends that the defendant properties were used and intended to be used to commit or facilitate violations of federal drug laws in violation of 21 U.S.C. §§ 841 *et seq*. Claimants deny these allegations.

  3. To date, several individuals have been charged with federal crimes related to marijuana manufacturing and distribution in <u>United States v. Leonard Yang, et al.</u>, Case 2:16-CR-00189-KJM and <u>United States v. Xiu Ping Li, et al.</u>, Case No. 2:17-CR-00136-KJM. It is the United States' position that the statute of limitations has not expired on potential criminal charges relating to the drug trafficking involving the defendant properties. Nevertheless, the United States intends to depose claimants (and others) regarding their ownership of the defendant properties, as well as their knowledge and participation in large scale marijuana cultivation, including the marijuana grow at the defendant

3

properties, as well as the circumstances behind the purchase of the properties. If discovery proceeds at this time, claimants will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination and losing the ability to pursue their claims to the defendant properties, or waiving their Fifth Amendment rights and submitting to a deposition and potentially incriminating themselves. If they invoke their Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claims they filed with this court.

4. In addition, claimants intend to depose, among others, the agents involved with this investigation, including but not limited to, the agents with the Federal Bureau of Investigation ("FBI"). Allowing depositions of the law enforcement officers at this time would adversely impact the federal prosecution and ongoing investigation.

5. The parties recognize that proceeding with these actions at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimant's ability to assert any defenses to forfeiture. For these reasons, the parties jointly request that these matters be stayed until the conclusion of the related criminal cases. At that time the parties will advise the court of the status of the criminal investigation, if any, and will advise the court whether a further stay is necessary.

6. If any of the defendant properties go into default, the parties reserve the right to seek all avenues of redress to preserve the real properties, including filing a motion for interlocutory sale or seeking a receiver appointment to collect rents and maintain the properties.

Dated:   8/1/2018                           McGREGOR W. SCOTT
                                            United States Attorney

                                     By:    /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
                                            Assistant U.S. Attorney

Dated:   7/30/2018                          /s/ Brad Holmes
                                            BRAD HOLMES
                                            Attorney for Claimant Xue Qin Chen


Dated:   7/30/2018                          /s/ J. Patrick McCarthy
                                            J. PATRICK MCCARTHY
                                            Attorney for Claimant Cai Xia Chen

| | | |
|---|---|---|
| 1 | Dated: 8/2/2018 | /s/ Jianlin Liu |
| 2 | | JIANLIN LIU |
| | | Claimant, In *Propria Persona* |
| 3 | | |
| 4 | Dated: 7/31/2018 | /s/ Terry R. Hunt |
| | | TERRY R. HUNT |
| 5 | | Attorney for Claimant Pei Jun Chen |
| 6 | | |
| 7 | Dated: 7/30/2018 | /s/ Richard J. Reynolds |
| | | RICHARD J. REYNOLDS |
| 8 | | Attorney for Claimant LC Equity Group LLC |
| 9 | | |
| 10 | Dated: 7/30/2018 | /s/ Robert J. Saria |
| | | ROBERT J. SARIA |
| 11 | | Attorney for Claimant Phuc X. San |
| 12 | | |
| 13 | Dated: 31-Jul-2018 | Dahl Law, Attorneys At Law |
| 14 | | /s/ Walter R. Dahl |
| | | WALTER R. DAHL |
| 15 | | Attorneys for Claimant Frontier Capital Group, Ltd |
| | | (Original signature retained by attorney) |
| 16 | | |
| 17 | Dated: 7/27/2018 | /s/ Ernest Chen |
| | | ERNEST CHEN |
| 18 | | Attorney for Claimant Zhen Nan Chen |
| 19 | | |
| 20 | Dated: 8/2/2018 | /s/ Jen Huey Li |
| | | JEN HUEY LI |
| 21 | | Claimant/Lienholder, In *Propria Persona* |
| 22 | | |
| 23 | Dated: 7/31/2018 | /s/ Edward T. Weber |
| | | EDWARD T. WEBER |
| 24 | | Attorney for Claimant Vark Investments LLC and |
| 25 | | Gaukroger Enterprises Real Estate & Investment Co. Ltd. |
| 26 | Dated: 7/31/2018 | /s/ Linda M. Parisi |
| | | LINDA M. PARISI |
| 27 | | Attorney for Claimants Wenfeng Huang and Ya Cao |
| 28 | | |

Dated: 7/30/2018     /s/ Patrick J. Wingfield
PATRICK J. WINGFIELD
Attorney for Claimant Northern California Mortgage
Fund XI, LLC

**ORDER**

For the reasons set forth above, this matter is stayed under 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) until the resolution of companion criminal cases. The parties shall file a joint status report within 30 days of the conclusion of the parallel criminal cases, or as the court deems appropriate.

IT IS SO ORDERED.

DATED: August 6, 2018.

_____
UNITED STATES DISTRICT JUDGE