EDWARD T. WEBER, ESQ. #194963
LAW OFFICES OF EDWARD T. WEBER
17151 Newhope Street, Suite 203
Fountain Valley, CA 92708
Telephone: (657) 235-8359
Facsimile: (714) 459-7853
E-Mail: ed@eweberlegal.com

Attorneys for Mortgagee/Lienholder/Claimant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 6501 14th STREET, RIO HONDO, CALIFORNIA 95673, SACRAMENTO COUNTY, APN: 207-0230-004-0000 INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.<br><br>Defendant. | No.: **2:18-cv-00812-KJM-CKD**<br><br>**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER, GAUKROGER ENTERPRISES REAL ESTATE & INVESTMENT CO., LTD 401(k) PLAN AS TO AN UNDIVIDED 86.785% INTEREST AND AVALON GOLDINVESTMENT, LLC AS TO AN UNDIVIDED 13.215% INTEREST** |

**IT IS HEREBY STIPULATED** by and between claimant, **GAUKROGER ENTERPRISES REAL ESTATE & INVESTMENT CO., LTD 401(k) PLAN AS TO AN UNDIVIDED 86.785% INTEREST AND AVALON GOLDINVESTMENT, LLC AS TO AN UNDIVIDED 13.215% INTEREST** ("Claimant"), by and through her undersigned counsel, Edward T. Weber, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

1. Claimant asserted a lienholder interest in the defendant property located at 6501 14th STREET, RIO HONDO, CALIFORNIA 95673, SACRAMENTO COUNTY, APN: 207-0230-004-0000.

1

2. Claimant filed an answer to the complaint in this case on 5/22/2018.

3. The loan has since been satisfied and Claimant no longer has an interest in the defendant real property located at 6501 14th STREET, RIO HONDO, CALIFORNIA 95673, SACRAMENTO COUNTY, APN: 207-0230-004-0000.

4. Accordingly, Claimant hereby withdraws its claim filed in the above-captioned case on May 21, 2018, with respect to 6501 14th STREET, RIO HONDO, CALIFORNIA 95673, SACRAMENTO COUNTY property [Dk. 18], and its answer filed in the above-captioned case on May 22, 2018 [Dk. 19].

5. To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a). Defendant Real Property Located at 6501 14th STREET, RIO HONDO, CALIFORNIA 95673, SACRAMENTO COUNTY is the *in rem* Defendant.

6. Each party hereto is to bear its own costs; and

7. Claimant is hereby removed from the Service List for the above-captioned case.

LAW OFFICES OF EDWARD T. WEBER

Dated: September 3, 2019    By:    /s/ Edward T. Weber
                                   EDWARD T. WEBER, ESQ.
                                   Attorneys for Lienholder/Claimant


                                   McGREGOR W. SCOTT
                                   UNITED STATES ATTORNEY


Dated: September 3, 2019           /s/ Kevin C. Khasigian
                                   KEVIN C. KHASIGIAN
                                   Assistant U.S. Attorney
                                   (Authorized by email)

2

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF GAUKROGER ENTERPRISES, ET AL.

**ORDER**

The Court has read and considered the Stipulation of Withdrawal of Verified Claim and Answer by **GAUKROGER ENTERPRISES REAL ESTATE & INVESTMENT CO., LTD 401(k) PLAN AS TO AN UNDIVIDED 86.785% INTEREST AND AVALON GOLDINVESTMENT, LLC AS TO AN UNDIVIDED 13.215% INTEREST** ("Claimant"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.
2. Claimant's claim filed in the above-captioned case on May 21, 2018 [Dk. 18] is hereby deemed withdrawn.
3. Claimant's answer filed in the above-captioned case on May 22, 2018 [Dk. 19] is hereby deemed withdrawn.
4. Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED: September 3, 2019.

_____
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF GAUKROGER ENTERPRISES, ET AL.