EDWARD T. WEBER, ESQ. #194963
LAW OFFICES OF EDWARD T. WEBER
17151 Newhope Street, Suite 203
Fountain Valley, CA 92708
Telephone: (657) 235-8359
Facsimile: (714) 459-7853
E-Mail: ed@eweberlegal.com

Attorneys for Mortgagee/Lienholder/Claimant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 6501 14th STREET, RIO HONDO, CALIFORNIA 95673, SACRAMENTO COUNTY, APN: 207-0230-004-0000 INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.<br>Defendant. | No.: **2:18-cv-00812-KJM-CKD**<br><br>**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER, GAUKROGER ENTERPRISES REAL ESTATE & INVESTMENT CO., LTD 401(k) PLAN AS TO AN UNDIVIDED 86.785% INTEREST AND AVALON GOLDINVESTMENT, LLC AS TO AN UNDIVIDED 13.215% INTEREST; AMENDED ORDER** |

**IT IS HEREBY STIPULATED** by and between claimant, **GAUKROGER ENTERPRISES REAL ESTATE & INVESTMENT CO., LTD 401(k) PLAN AS TO AN UNDIVIDED 86.785% INTEREST AND AVALON GOLDINVESTMENT, LLC AS TO AN UNDIVIDED 13.215% INTEREST** ("Claimant"), by and through her undersigned counsel, Edward T. Weber, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

    1.    Claimant asserted a lienholder interest in the defendant property located at 6501 14th STREET, RIO HONDO, CALIFORNIA 95673, SACRAMENTO COUNTY, APN: 207-0230-004-0000.

1

STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF GAUKROGER ENTERPRISES, ET AL.

1    2.    Claimant filed an answer to the complaint in this case on 5/22/2018.

2    3.    The loan has since been satisfied and Claimant no longer has an interest in the

3    defendant real property located at 6501 14th STREET, RIO HONDO, CALIFORNIA 95673,

4    SACRAMENTO COUNTY, APN: 207-0230-004-0000.

5    4.    Accordingly, Claimant hereby withdraws its claim filed in the above-captioned

6    case on May 21, 2018, with respect to 6501 14th STREET, RIO HONDO, CALIFORNIA 95673,

7    SACRAMENTO COUNTY property [Dk. 18], and its answer filed in the above-captioned case

8    on May 22, 2018 [Dk. 19].

9    5.    To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a),

10   Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the

11   *Federal Rules of Civil Procedure*, Rule 41(a).  Defendant Real Property Located at 6501 14th

12   STREET, RIO HONDO, CALIFORNIA 95673, SACRAMENTO COUNTY is the *in rem*

13   Defendant.

14   6.    Each party hereto is to bear its own costs; and

15   7.    Claimant is hereby removed from the Service List for the above-captioned case.

16

17                              LAW OFFICES OF EDWARD T. WEBER

18

19   Dated:   September 4, 2019          By:    /s/ Edward T. Weber_____
20                                              EDWARD T. WEBER, ESQ.
21                                              Attorneys for Lienholder/Claimant

22

23                                              McGREGOR W. SCOTT
                                                UNITED STATES ATTORNEY
24

25   Dated:  September 4, 2019                  /s/ Kevin C. Khasigian
26                                              KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney
27                                              (Authorized by email)

28

**AMENDED ORDER**

The Court has read and considered the Stipulation of Withdrawal of Verified Claim and Answer by **GAUKROGER ENTERPRISES REAL ESTATE & INVESTMENT CO., LTD 401(k) PLAN AS TO AN UNDIVIDED 86.785% INTEREST AND AVALON GOLDINVESTMENT, LLC AS TO AN UNDIVIDED 13.215% INTEREST** ("Claimant"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation [Dk. 63] is approved, with all references to "RIO HONDO" construed as references to RIO LINDA," the correct location of the property at issue.

2. Claimant's claim filed in the above-captioned case on May 21, 2018 [Dk. 18] is hereby deemed withdrawn.

3. Claimant's answer filed in the above-captioned case on May 22, 2018 [Dk. 19] is hereby deemed withdrawn.

4. Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED: September 4, 2019.

_____
UNITED STATES DISTRICT JUDGE