EDWARD T. WEBER, ESQ. #194963
LAW OFFICES OF EDWARD T. WEBER
17151 Newhope Street, Suite 203
Fountain Valley, CA 92708
Telephone: (657) 235-8359
Facsimile: (714) 459-7853
E-Mail: ed@eweberlegal.com

Attorneys for Mortgagee/Lienholder/Claimant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 5755 TWISTING TRAILS ROAD, GARDEN VALLEY, CALIFORNIA, EL DORADO COUNTY, APN: 084-011-12-100 INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.<br><br>Defendant. | No.: **2:18-cv-00812-KJM-CKD**<br><br>**STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER, VARK INVESTMENTS, LLC** |

**IT IS HEREBY STIPULATED** by and between claimant, **VARK INVESTMENTS, LLC** ("Claimant"), by and through her undersigned counsel, Edward T. Weber, and Plaintiff, the United States of America ("Plaintiff"), by and through its undersigned counsel, Kevin C. Khasigian, Assistant U.S. Attorney, as follows:

1. Claimant asserted a lienholder interest in the defendant property located at 5755 TWISTING TRAILS ROAD, GARDEN VALLEY, CALIFORNIA, EL DORADO COUNTY, APN: 084-011-12-100.

2. Claimant filed an answer to the complaint in this case on 5/22/2018.

3. The loan has since been satisfied and Claimant no longer has an interest in the defendant real property located at 5755 TWISTING TRAILS ROAD, GARDEN VALLEY, CALIFORNIA, EL DORADO COUNTY, APN: 084-011-12-100.

4. Accordingly, Claimant hereby withdraws its claim filed in the above-captioned case on May 21, 2018, with respect to 5755 TWISTING TRAILS ROAD, GARDEN VALLEY, CALIFORNIA, EL DORADO COUNTY property [Dk. 17], and its answer filed in the above-captioned case on May 22, 2018 [Dk. 20].

5. To the extent required under the *Federal Rules of Civil Procedure*, Rule 41(a), Plaintiff agrees to dismiss with prejudice Claimant in the above-captioned case pursuant to the *Federal Rules of Civil Procedure*, Rule 41(a). Defendant Real Property Located at 5755 TWISTING TRAILS ROAD, GARDEN VALLEY, CALIFORNIA, EL DORADO COUNTY is the *in rem* Defendant.

6. Each party hereto is to bear its own costs; and

7. Claimant is hereby removed from the Service List for the above-captioned case.

LAW OFFICES OF EDWARD T. WEBER

Dated: September 5, 2019    By:    /s/ Edward T. Weber
                                    EDWARD T. WEBER, ESQ.
                                    Attorneys for Lienholder/Claimant


                                    McGREGOR W. SCOTT
                                    UNITED STATES ATTORNEY


Dated: September 5, 2019           /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGIAN
                                    Assistant U.S. Attorney
                                    (Authorized by email)

**ORDER**

The Court has read and considered the Stipulation of Withdrawal of Verified Claim and Answer by **VARK INVESTMENTS, LLC** ("Claimant"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation [Dk. 64] is approved.
2. Claimant's claim filed in the above-captioned case on May 21, 2018 [Dk. 17] is hereby deemed withdrawn.
3. Claimant's answer filed in the above-captioned case on May 22, 2018 [Dk. 20] is hereby deemed withdrawn.
4. Claimant is hereby deemed dismissed from the above-captioned case.

**IT IS SO ORDERED.**

DATED: September 5, 2019.

_____
UNITED STATES DISTRICT JUDGE