IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED 2205 MEADOWVIEW ROAD, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 048-0197-004-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED 1701 NEIHART AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 052-0122-062-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED 4036 SEA FOREST WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 119-0430-014-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>REAL PROPERTY LOCATED 4400 BLACKFORD WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 119-0300-087-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | 2:18−CV−00812−KJM−CKD<br><br>STIPULATION AND WITHDRAWAL OF VERIFIED CLAIM AND ANSWER OF LIENHOLDER, LC EQUITY GROUP, INC. |

| | |
|---|---|
| 1<br>2<br>3<br>4 | REAL PROPERTY LOCATED 4525 CEDARWOOD WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 050-0441-015-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 5<br>6<br>7 | REAL PROPERTY LOCATED 5755 TWISTING TRAILS ROAD, GARDEN VALLEY, CALIFORNIA, EL DORADO COUNTY, APN: 084-011-12-100, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 8<br>9<br>10<br>11 | REAL PROPERTY LOCATED 6501 14TH STREET, RIO LINDA, CALIFORNIA, SACRAMENTO COUNTY, APN: 207-0230-004-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and |
| 12<br>13<br>14 | REAL PROPERTY LOCATED 2429 YREKA AVENUE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 041-0051-011-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 15 | Defendants. |

**IT IS HEREBY STIPULATED** by and between Plaintiff UNITED STATES OF AMERICA ("Plaintiff") and Claimant LC EQUITY GROUP, INC. ("Claimant") as follows:

1. That Claimant asserted a lienholder interest in defendant property located at 4036 Sea Forest Way in Sacramento, California (Defendant Property).

2. The loan has since been satisfied and Claimant no longer has an interest in Defendant Property.

3. Accordingly, Claimant hereby withdraws their claim and answer filed in the above captioned case on May 29, 2018 [Dk. Nos. 22 and 23].

4. To the extent required under the Federal Rules of Civil Procedure, Rule 41(a), the United States agrees to dismiss with prejudice Claimants in the above-captioned case pursuant to the Federal Rules of Civil Procedure, Rule 41(a). Defendant Property is one of the *in rem* defendants.

5. Each party hereto is to bear its own costs.

6. Claimants are hereby removed from the Service List for the above captioned case.

McGREGOR W. SCOTT
United States Attorney

Dated: 10/23/2020     /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 10/23/2020     /s/ Brian Getz
BRIAN GETZ
Claimant LC Equity Group Inc.

**ORDER**

The Court has read and considered the Stipulation of Withdrawal of Claim by LC Equity Group LLC ("the Stipulation") by Claimant LC Equity Group, Inc. ("Claimant"), and Plaintiff, United States of America ("Plaintiff"), by and through their respective counsel (collectively, the "Parties"). For the reasons stated in the Stipulation and for good cause shown,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation is approved.

2. Claimant's claim and answer filed in the above-captioned case on May 29, 2018 [Dk. Nos. 22 and 23] is dismissed with prejudice.

3. Claimant is hereby deemed dismissed from the above-captioned case.

DATED: November 2, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3

Stipulation to Withdraw Claim and Answer – LC Equity Group