ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED 2205 MEADOWVIEW ROAD, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 048-0197-004-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,<br><br>Defendants. | 2:18−CV−00812−DJC−CKD<br><br>ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JANUARY 12, 2026 TO FEBRUARY 12, 2026 |

Pursuant to the United States' Request to Extend the Deadline to file a Joint Status Report, the Court finds that there is good cause to extend the deadline to file a Joint Status Report from January 12, 2026 to February 12, 2026.

IT IS SO ORDERED.


Dated:  January 14, 2026                            /s/ Daniel J. Calabretta
                                                                THE HONORABLE DANIEL J. CALABRETTA
                                                                UNITED STATES DISTRICT JUDGE

1

Order to Extend the Deadline to Submit
a Joint Status Report