Ernest Chen, SBN 258561
Law Offices of Chen & Lee
4616 Duckhorn Drive
Sacramento, CA 95834
Tel. (916) 564-8700
Fax. (916) 880-5601
Email: info@chenleelaw.com

Attorney for Claimant Zhen Nan Chen

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

REAL PROPERTY LOCATED AT 2205
MEADOWVIEW ROAD, SACRAMENTO,
CALIFORNIA, SACRAMENTO COUNTY,
APN: 048-0197-004-0000, ET AL.,

    Defendants.

Case No.:   2:18-cv-00812-DJC-CKD

**ORDER FOR ERNEST CHEN TO WITHDRAW AS COUNSEL**

The court after review and consideration of Attorney Ernest Chen's motion to withdraw as counsel in case number 2:18-cv-00812-DJC-CKD, including consideration of Attorney Ernest Chen's amended declaration in support thereof, and after considering any oppositions thereto, orders the following:

1) It is ordered that good cause exists that Attorney Ernest Chen shall be relieved as counsel for Claimant Zhen Nan Chen in case number 2:18-cv-00812-DJC-CKD and that no further obligations are required of Attorney Ernest Chen.

2) Attorney Ernest Chen shall provide the Court with the last known mailing address which Claimant Zhen Nan Chen provided to his law firm as: 4525 Cedarwood Drive, Sacramento, CA 95823.

1
ORDER

3) Attorney Ernest Chen shall serve a copy of this Order on Claimant Zhen Nan Chen at Claimant's last known mailing address within seven (7) days and shall thereafter file a certificate of such service with the court.

4) Attorney Ernest Chen shall be terminated as attorney of record for Claimant Zhen Nan Chen after said certificate is filed.

5) Claimant Zhen Nan Chen shall thereafter be representing In Propria Persona.

IT IS SO ORDERED.

Dated:  April 9, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2
ORDER