ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

REAL PROPERTY LOCATED 2205
MEADOWVIEW ROAD, SACRAMENTO,
CALIFORNIA, SACRAMENTO COUNTY,
APN: 048-0197-004-0000, INCLUDING
ALL APPURTENANCES AND
IMPROVEMENTS THERETO, ET AL.,

      Defendants.

2:18−CV−00812−DJC−CKD

ORDER TO EXTEND THE DEADLINE
TO SUBMIT A JOINT STATUS
REPORT TO MAY 27, 2026

      Pursuant to the United States' Request to Extend the Deadline to file a Joint Status Report, the Court finds that there is good cause to extend the deadline to file a Joint Status Report to May 27, 2026.

      IT IS SO ORDERED.

Dated:  April 23, 2026

/s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

Order to Extend the Deadline to Submit
a Joint Status Report