Robert J. Saria, SBN 128749
Law Office of Keven Star
5701 Folsom Blvd
Sacramento, CA. 95819
Telephone: (916) 717-7770

Attorney for Claimant Phuc San

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PROPERTY LOCATED AT 4400 BLACKFORD WAY, SACRAMENTO CA, SACRAMENTO COUNTY, APN: 119-0300-087-0000, INCLUDING ALL IMPROVEMENTS THERTO, ET AL.,<br><br>Defendant. | Case No.: 2:18-cv-00812-DJC-CKD<br><br>**ORDER FOR ROBERT J. SARIA TO WITHDRAW AS COUNSEL** |

The COURT after review and consideration of Motion to Withdraw as Counsel in the above-entitled case, the Court orders as follows:

1. Good cause exists for the withdrawal of attorney Robert J. Saria as counsel of record for Claimant Phuc San;
2. Claimant's last known mailing address was 4400 Blackford Way, Sacramento, CA;
3. Claimant Phuc San shall hereafter be representing In Propria Persona.

Dated: August 20, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE